**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FIRST TIME VIDEOS LLC, | CASE NO. 1:11-cv-08335 |
| Plaintiff, | |
| v. | |
| JOHN DOE, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntarily dismisses, with prejudice, all causes of action in the complaint against John Doe associated with the IP Address 67.184.193.186. John Doe has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment with respect to the same. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Respectfully Submitted,

First Time Videos LLC

**DATED: November 21, 2011**

By:   /s/ Paul Duffy
Paul Duffy (Bar No. 6210496)
Prenda Law Inc.
161 N. Clark St., Suite 3200
Chicago, IL 60601
Phone: 312-880-9160
Fax: 312-893-5677
*Attorney for Plaintiff*

- 2 -

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on February 1, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                                    /s/ Paul Duffy
                                    PAUL DUFFY